11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Carol Johnene Morris,                                          * From the 142nd District Court
                                                                         of Midland County,
                                                                         Trial Court No. TX13106.

Vs. No. 11-13-00031-CV                                 * February 21, 2013

Midland Central Appraisal District,                 * Per Curiam Memorandum Opinion
                                                                         (Panel consists of: Wright, C.J.,
                                                                         McCall, J., and Willson, J.)

       This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction.   Therefore, in accordance with this court's opinion, the appeal is dismissed for want of jurisdiction.